MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S):    PARNELL, GREGORY J
              PARNELL, CHRISTINE M

CASE NUMBER:    08-32705:

PLEASE CHECK ONE:

☐    UNCLAIMED DIVIDENDS

☒    DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Summit Orthopedics<br>PO Box 65338<br>St Paul, MN  55165 | 7 | $217.06 | $3.72 |
| St Paul Radiology<br>166 4th St E<br>St Paul, MN 55101 | 8 | $175.25 | $3.00 |

DATE: November 24, 2009

TRUSTEE

DISTRIBUTION:
    Original to Clerk of Court

# PATTI J. SULLIVAN

## UNITED STATES CHAPTER 7 PANEL TRUSTEE

1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

November 24, 2009

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:   PARNELL, GREGORY J
      PARNELL, CHRISTINE M
      Bankruptcy Case No.:  08-32705

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend/Distribution Less Than $5 for Deposit to Registry Funds report, along with check no. 116 in the amount of $6.72 regarding the above-referenced case. If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS: ack

Enclosures

RECEIVED
09 NOV 25 AM 9: 36
U.S. BANKRUPTCY COURT
ST. PAUL, MN